No. 90–1578.   BACH ET AL. *v.* TRIDENT STEAMSHIP CO., INC., ET AL.   C. A. 5th Cir.   Certiorari granted, judgment vacated,

and ·case remanded for further consideration in light of *McDermott Int'l, Inc.* v. *Wilander,* 498 U. S. 337 (1991).